```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08357
   TAMELA L HOWARD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1604


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/13/2006 and was confirmed 09/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 NUVELL CREDIT CO LLC        SECURED         12160.00          2083.28       1041.98
 NUVELL CREDIT CO LLC        UNSECURED         520.96              .00         52.10
 INTERNAL REVENUE SERVICE    PRIORITY          320.89              .00        320.89
 AMER COLL CO                UNSECURED       NOT FILED             .00            .00
 AMERICASH LOANS LLC         UNSECURED        1476.55              .00        147.66
 CITY OF CHICAGO PARKING     UNSECURED        1062.50              .00        106.25
 CREDIT PROTECTION ASSOCI    UNSECURED       NOT FILED             .00            .00
 CREDIT PROTECTION ASSOCI    UNSECURED       NOT FILED             .00            .00
 CREDIT PROTECTION ASSOCI    UNSECURED       NOT FILED             .00            .00
 ILLINOIS STATE HIGHWAY A    UNSECURED       11109.25              .00       1110.93
 PAYDAY LOANS INC            UNSECURED       NOT FILED             .00            .00
 PEOPLES GAS LIGHT & COKE    UNSECURED         845.21              .00         84.52
 RMI/MCSI                    UNSECURED       NOT FILED             .00            .00
 ISAC                        UNSECURED             .00             .00            .00
 SALLIE MAE LSCF             UNSECURED             .00             .00            .00
 SALLIE MAE LSCF             UNSECURED             .00             .00            .00
 SALLIE MAE LSCF             UNSECURED             .00             .00            .00
 SALLIE MAE LSCF             UNSECURED             .00             .00            .00
 SIR FINANCE                 UNSECURED        1156.00              .00        115.60
 SOUTHWEST CREDIT            UNSECURED       NOT FILED             .00            .00
 INTERNAL REVENUE SERVICE    UNSECURED          15.03              .00          1.50
 AMERICASH LOANS LLC         UNSECURED        1922.42              .00        192.24
 ROUNDUP FUNDING LLC         UNSECURED         148.63              .00         14.86
 SANTA BARBARA BANK & TRU    FILED LATE       1200.00              .00            .00
 ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,335.25                         2,335.25
 TOM VAUGHN                  TRUSTEE                                            528.40
 DEBTOR REFUND               REFUND                                             413.44

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08357 TAMELA L HOWARD
```

```
TRUSTEE                                  8,548.90

PRIORITY                                                   320.89
SECURED                                                  1,041.98
    INTEREST                                             2,083.28
UNSECURED                                                1,825.66
ADMINISTRATIVE                                           2,335.25
TRUSTEE COMPENSATION                                       528.40
DEBTOR REFUND                                              413.44
                                    ----------------    ----------------
TOTALS                                   8,548.90        8,548.90
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 06 B 08357 TAMELA L HOWARD